Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Karen D. Eubanks

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN D. EUBANKS, | ) Case No.: EDCV 10-01564 (RZ) |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| | ) |
| Defendant | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $2,850.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($400.00) as authorized by 28 U.S.C. § 1920, be are awarded to Plaintiff. subject to the terms of the Stipulation.

DATE:  March 06, 2012

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-

1     Respectfully submitted,

2     LAW OFFICES OF Lawrence D. Rohlfing

3         /s/ Lawrence D. Rohlfing

_____

4     Lawrence D. Rohlfing
    Attorney for plaintiff Karen D. Eubanks

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26