1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Karen D. Eubanks
6

7

8              UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA
9

10 | KAREN D. EUBANKS,              ) Case No.: EDCV 10-01564 (RZ)
   |                                )
11 |         Plaintiff,              ) ~~[PROPOSED]~~ ORDER AWARDING
   |                                ) EQUAL ACCESS TO JUSTICE ACT
12 |     vs.                         ) ATTORNEY FEES AND EXPENSES
   |                                ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,) U.S.C. § 1920
14 |                                )
   |         Defendant               )
15 |                                )
   |                                )
16

17         Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19         IT IS ORDERED that fees and expenses in the amount of $2,850.00 as

20 authorized by 28 U.S.C. § 2412 and costs in the amount of ($400.00) as authorized

21 by 28 U.S.C. § 1920, ~~be~~ are awarded to Plaintiff. ~~subject to the terms of the~~

22 ~~Stipulation~~.

23 DATE:  March 06, 2012         *[signature: Ralph Zarefsky]*

24                               _____
                                 THE HONORABLE RALPH ZAREFSKY
25                               UNITED STATES MAGISTRATE JUDGE

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ 𝕷𝖆𝖜𝖗𝖊𝖓𝖈𝖊 𝕯. 𝕽𝖔𝖍𝖑𝖋𝖎𝖓𝖌
_____

4 | Lawrence D. Rohlfing
Attorney for plaintiff Karen D. Eubanks